Richard HANNA, Claimant–Respondent,

v.

McDONNELL DOUGLAS AEROSPACE, Employer–Appellant,

and

Industrial Indemnity, Insurer.

No. 73120.

Missouri Court of Appeals, Eastern District, Division Three.

May 26, 1998.

Evans & Dixon, George T. Floros, St. Louis, for employer-appellant.

James J. Sievers, Clayton, for employee-respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## *ORDER*

PER CURIAM.

Employer appeals workers' compensation awards. The awards are supported by competent and substantial evidence and no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Frank PEINE, Appellant.

No. 73076.

Missouri Court of Appeals, Eastern District, Division Four.

May 26, 1998.

Amy M. Bartholow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., P.J. and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Defendant Frank Peine appeals from the judgment entered pursuant to his jury conviction for driving while intoxicated in violation of section 577.010, RSMo 1994, and subsequent sentence to five years of imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).